FILED
JAN - 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

United States District Court
For the District of Columbia.

Efrem. O. Laboke,
Route-1-Box 497-A.
Farmington, WV. 26571.
Telephone: 304-825-1367.
  Plaintiff.

Vs.

Grafton City Hospital
Taylor County state of
West Virginia.

Doctor Ola Adeniyi, M.d
Grafton City Hospital
Taylor County state of
West Virginia.
  Address: 500 Market Street
  Grafton, WV. 26354-1187.

United Hospital Center,
Clarksburg state of WV.
  P.O. Box 1680.
  Clarksburg, WV. 26302.

Civil Action: No

CASE NUMBER   1:07CV00043
JUDGE: Ellen Segal Huvelle
DECK TYPE: Personal Injury/Malpracti
DATE STAMP: 01/09/2007

Complaint

1

1- Plaintiff is A Resident and Citizen of Farmington, Route-1-Box 497-A Farmington, West Virginia, 26571.

2- Defendants Are severely Rude-Arrogant-Mean Resident Physicians At... Grafton City Hospital Taylor County, state of WV. And At the United Hospital Center, Harrison County State of WV. And quote... At All times these Foreign Resident Physicians... From the third World Country- were Acting Illegally under color of LAW and Are INViolation.... of Federal And State LAW... For the-Wrongful death of my Wife IN our 38 Yrs. of .... MARRIAGE:

Defendants... Physician Illegally Continued Foolishly Acting under the color of law And Being Protected By the... Hospitals, Officials... And the... "State of West Virginia State Government. And quote these are..... Motivations... these defendants Physicians..." Killed my wife due to « Medical Experiment.... Under Hospice Care; And quote I EFREM LABOKE And My Wife Eunice LABOKE... And quote We Never Signed Any Paper For "Hospice Care" that my wife Want to die..... Under Hospice Care !!! And quote "Doctor Ola Adeniyi- Illegally Signed Hospice Care that my wife wanted to die..... Under Hospice Care !!! » Without-Our-Consent ... Consent»

Defendant Foreign Physicians... In the State of West Virginia are Unlawfully Allowed to go do Medical Experiments on Patients At Hospitals And Nursing Homes And quote... When your love ones is Killed By these Irrational Foreign Physicians And quote.... All the Attorneys In the State of West Virginia Would Not... take Any Malpractice civil lawsuit Against Any Physician In the State of West Virginia.

Defendant Foreign Physicians All over the State of West Virginia Are Severely Protected By the State of West Virginia Medical Board, State of West Virginia Department of Health and Human Services, Court systems And Court Newsmedia And local Newsmedia And the Press And Many Patients Are Killed every day In the State of WV. At Hospitals And Nursing Homes Due to Cheap Physicians. that Are employed In Hospitals and Nursing Homes And quote this is Genuine Fact About State of West Virginia

" Governor of State of West Virginia Joseph Manchin And His own Brother-that's Doctor John Manchin III D.O. Physician-Not A Real Physician And quote Doctor John Manchin Has Been... Expelled " From Many Hospitals In the State of WV. For Wrongful death of Patients And quote Dr. John Manchin still Pactice Medicine-At-His own Clinic In Farmington, WV.

**Attachment to:** Complaint in the United States District Court

A Summary of Racial Wrongful Death Malpractice unlawfully Motivated Also By the Hospice Nurses Activies Against the person and Family of "EFREM Laboke" in our 38 years of our... Marriage:

Defendant Doctor Ola Adeniyi with defendant Doctor... Guirguis.G.Nabil Are Responsible For the Wrongful Death of Plaintiff's Wife, Efrem Eunice Laboke:

## YEAR 2004.

The plaintiffs' Major Racial Harassment on the 6, August 2004. By Doctor Guirguis.G. Nabil At the... United Hospital Center Clarksburg state of West Virginia.»

Plaintiff... EFREM.O.Laboke And my wife Eunice did Not Sign Any Medical Form to Allow the Physician Guirguis.G. Nabil to go... perform "Surgery on my wife At the... patient Room And quote when I the... plaintiff EFREM Laboke Walked Into the patient-Room quote my wife was severely screaming so loudly in my Name while the Doctor, Guirguis.G.Nabil was Illegally performing A None Emergency Surgery on my wife when my wife... Refused to Sign For Surgery And quote I Plaintiff Also Refused to sign medical Form when Doctor,G.Nabil was Already Illegally ..... performing Surgery on my wife:

The Plaintiff EFREM LABOKE Filed several Complaint Against Doctor GuiRGuis. G. Nabil At the United Hospital Center When the Doctor GuiRGuis. G. Nabil Illegally By Force Performed None Emergency Surgery on My Wife And quote the United Hospital Center Officials Illegally Went And lied And Responded And protected Doctor GuiRGuis. G. Nabil that quote Doctor GuiRGuis. G. Nabil... Does Not WORK For the United Hospital Center that quote Doctor GuiRGuis. G. Nabil is A private PRActice physician At United Hospital center.

The Defendant Doctor, GuiRGuis. G. Nabil that As A Result is Responsible of MAlpractice. of Medicine And quote Doctor, GuiRGuis. G. Nabil is Responsible For... WRongful death of plaintiff's Wife Eunice Laboke under Federal And State LAW And quote defendant physician GuiRGuis. G. Nabil Also Further violated plaintiff's Constitutional Rights due process And quote Defendant Was Acting under Color of LAW And quote defendant Also was inviolation of civil Rights Laws Governing Medical MAlpractice wrongful Death of plaintiff's Wife Eunice Laboke.

# UNITED HOSPITAL CENTER

**DIA HEMODIALYSIS RIGHTS & RESPONSIBILITES**



| Patient Account Number | Admit Date | Room No. |
|---|---|---|
| 0423100494 | 8/18/2004  13:34 | - |
| Patient Name | Age | Birth Date |
| LABOKE, EUNICE | 81Y | 5/17/1923 |
| Address | | Religion |
| RT 1 BOX 497A | | UNK |
| City, State, Zip | | |
| FARMINGTON, WV  26571 | | |
| Attending Physician | Medical Record No | |
| GUIRGUIS, NABIL  G | 000273891 | |

↑ DR. GuiRGuis NAbil.G. ?

Hemodialysis Rights and Responsibilities and Rules of Operation Acknowledgement

I have read or have had read to me the Patient Rights and Responsibilites and UHC Dialysis Unit Rules of Operation. I have received a copy and agree with the Patients Rights and Responsibilities and UHC Dialysis Unit Rules of Operation

Signature of Patient: _____

Signature of Witness: _____

Date: _____

**Evidence shows... Plaintiff And His Wife Refused to Sign Above Medical Form when Defendant DR. Nabi.GuiRGuis By Force Illegally continued... None Emergency Surgery on the Plaintiff's wife At Hospital Patient Room.**

REVISED: MARCH 2004
<< Form Number >>
Page 1 of 1

Due to this discrimination malpractice of medicine wrongful death of the Plaintiff's wife that is unlawfully motivated by two Defendant-Physicians And quote... the plaintiff suffered a great deal of chronic perpetual of the emotional distress and trauma

The Plaintiff asks the Court for the following Relief:

1- The Court issue an injuction against defendants compelling them to cease their illegal acts of Medicine Malpractice wrongfull death of Plaintiff's wife Eunice Laboke.

2- The Plaintiff is awarded damages crime in an amount to be determine of $90,000,000.00 Ninety Million dollars.

3- That the defendants be enjoined from all further acts of wrongful death of Plaintiff's wife Eunice Laboke

Plaintiff.

PROSE... E. Laboke

ORIGINAL FORM 1-07-cv-00043-BANY PATIENT/RESIDENT WHEN 01/06/2007 FERRED OR DISCHARGED

| Physician Orders for Scope of Treatment (POST) | Last Name of Patient/Resident: LABOKE |
|---|---|
| | First Name/Middle Initial for Patient/Resident: Eunice |
| This is a Physician Order Sheet. It is based on Patient/Resident wishes and medical indications. It summarizes any Advance Directive. Any section not completed indicates full treatment for that section. When need occurs, <u>first</u> follow orders, <u>then</u> contact physician. | Patient/Resident Date of Birth: |

**Section A** (Check One Box Only)

**Resuscitation.** Patient/Resident has no pulse <u>and</u> is not breathing. For all other medical circumstances, refer to "Section B, Medical Interventions."

☐ Resuscitate   ☑ Do Not Resuscitate (DNR)

**Section B** (Check One Box Only)

**Medical Interventions.** Includes Emergency Medical Services. Patient/Resident has pulse and/<u>or</u> is breathing.

☐ **Comfort Interventions.** The patient is treated with dignity and respect and kept clean, warm, and dry. Reasonable efforts are made to offer food and fluids by mouth, and attention is paid to oral and body hygiene. Medication, positioning, wound care, and other measures are used to relieve pain and suffering. These interventions are to be used in the place of residence. The patient is **not to be hospitalized unless comfort** interventions fail. Oxygen, suction, and manual treatment of airway obstruction may be used as needed for comfort.

☑ **Additional Interventions.** Includes care above and may include cardiac monitoring and oral/IV medications and fluids. Transfer to hospital if indicated, but no endotracheal intubation.

☐ **Full Treatment.** Includes care above plus endotracheal intubation and cardioversion.

Other Instructions: _____

**Section C** (Check One Box Only)

**Antibiotics**

☐ No Antibiotics
☑ Antibiotics

Other Instructions: _____

**Section D** (Check One Box Only)

**Medically Administered Fluids and Nutrition.** Oral fluids and nutrition must be offered if medically feasible.

☑ **No feeding tube/IV fluids** (provide other measures to assure comfort)
☐ **Feeding tube/IV fluids for a defined trial period** (provide other measures to assure comfort)
☐ **Long-term feeding tube/IV fluids**

Other Instructions: _____

07 0043

**Section E**

Discussed with:
☑ Patient/Resident
☐ MPOA representative
☐ Court-appointed guardian
☐ Health care surrogate
☑ Spouse
☐ Parent of Minor
☐ Other: _____ (Specify)

The Basis for These Orders Is: (Must be completed)
☐ Patient's preferences
☐ Patient's best interest (patient's preferences unknown)
☐ (Other) _____

FILED
JAN - 9 2007
NANCY MAYER WHITTINGTON, CLERK

Physician Name (Print): O.M ADEWIHI
Physician Phone Number: Day: 265-0400   Eve:
Physician Signature (Mandatory): [signature]
Date: 12/17/04

ORIGINAL FORM SHALL ACCOMPANY PATIENT/RESIDENT WHEN TRANSFERRED OR DISCHARGED

©Center for End-of-Life Care, _____ Health Sciences Center of West Virginia University, P.O. Box 9022, Morgantown, WV 26506, 1-877-209-8086
2002   Nº 75389

07-43
ESH

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

| I (a) PLAINTIFFS  EFReM. O. LABOKe | DEFENDANTS  ~~United Hospital Center Clarksburg WV Harrison County~~  • GRAfton City Hosp. Taylor County, WV  ET AL |
|---|---|
| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  (EXCEPT IN U.S. PLAINTIFF CASES)  Marion County State of West Virginia. | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____  (IN U.S. PLAINTIFF CASES ONLY)  NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)  Prose. EE Laboke | CASE NUMBER  1:07CV00043  JUDGE: Ellen Segal Huvelle  DECK TYPE: Personal Injury/Malpracti  DATE STAMP: 01/09/2007 |

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP FOR PLAINTIFF

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☒1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

| ☐ A. Antitrust | ☒ B. Personal Injury/ Malpractice ✓ | ☐ C. Administrative Agency Review | ☐ D. Temporary Restraining Order/Preliminary Injunction |
|---|---|---|---|
| ☐ 410 Antitrust | ☐ 310 Airplane  ☐ 315 Airplane Product Liability  ☐ 320 Assault, Libel & Slander  ☐ 330 Federal Employers Liability  ☐ 340 Marine  ☐ 345 Marine Product Liability  ☐ 350 Motor Vehicle  ☐ 355 Motor Vehicle Product Liability  ☐ 360 Other Personal Injury  ☒ 362 Medical Malpractice ✓  ☐ 365 Product Liability  ☐ 368 Asbestos Product Liability | ☐ 151 Medicare Act  **Social Security:**  ☐ 861 HIA ((1395ff)  ☐ 862 Black Lung (923)  ☐ 863 DIWC/DIWW (405(g)  ☐ 864 SSID Title XVI  ☐ 865 RSI (405(g)  **Other Statutes**  ☐ 891 Agricultural Acts  ☐ 892 Economic Stabilization Act  ☐ 893 Environmental Matters  ☐ 894 Energy Allocation Act  ☐ 890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment.  *(If Antitrust, then A governs)* |

## ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

| **Real Property**  ☐ 210 Land Condemnation  ☐ 220 Foreclosure  ☐ 230 Rent, Lease & Ejectment  ☐ 240 Torts to Land  ☐ 245 Tort Product Liability  ☐ 290 All Other Real Property  **Personal Property**  ☐ 370 Other Fraud  ☐ 371 Truth in Lending  ☐ 380 Other Personal Property Damage  ☐ 385 Property Damage Product Liability | **Bankruptcy**  ☐ 422 Appeal 28 USC 158  ☐ 423 Withdrawal 28 USC 157  **Prisoner Petitions**  ☐ 535 Death Penalty  ☐ 540 Mandamus & Other  ☐ 550 Civil Rights  ☐ 555 Prison Condition  **Property Rights**  ☐ 820 Copyrights  ☐ 830 Patent  ☐ 840 Trademark  **Federal Tax Suits**  ☐ 870 Taxes (US plaintiff or defendant  ☐ 871 IRS-Third Party 26 USC 7609 | **Forfeiture/Penalty**  ☐ 610 Agriculture  ☐ 620 Other Food & Drug  ☐ 625 Drug Related Seizure of Property 21 USC 881  ☐ 630 Liquor Laws  ☐ 640 RR & Truck  ☐ 650 Airline Regs  ☐ 660 Occupational Safety/Health  ☐ 690 Other  **Other Statutes**  ☐ 400 State Reapportionment  ☐ 430 Banks & Banking  ☐ 450 Commerce/ICC Rates/etc.  ☐ 460 Deportation | ☐ 470 Racketeer Influenced & Corrupt Organizations  ☐ 480 Consumer Credit  ☐ 490 Cable/Satellite TV  ☐ 810 Selective Service  ☐ 850 Securities/Commodities/ Exchange  ☐ 875 Customer Challenge 12 USC 3410  ☐ 900 Appeal of fee determination under equal access to Justice  ☐ 950 Constitutionality of State Statutes  ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act |

③

| ☐ G. *Habeas Corpus/ 2255*<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br>*(If pro se, select this deck)* ✓ | ☐ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☒ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ Multi district Litigation   ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
28 USC 1346 - Wrongful death.

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $ ____   Check YES only if demanded in complaint   JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** A.F.   (See instruction)   ☐ YES ☒ NO   If yes, please complete related case form.

DATE 1-9-07   SIGNATURE OF ATTORNEY OF RECORD   PRO SE: Efrem Odongo Laboke

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd